# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Tracey Burnam,

    Plaintiff,

v.

William D. Howard, et al.,

    Defendants.

Case No. 1:03cv852

Judge Michael H. Watson

## ORDER

Pursuant to notification by the parties, this matter is hereby settled, **in part**, as to CBSK Financial Group and American Home Loans, ONLY:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Michael H. Watson, Judge
United States District Court