# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tracey Burnam,

    Plaintiff,

v.

William Howard, et al.,

    Defendants.

Case No. 1:03cv852

District Judge Michael H. Watson

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the June 3, 2005 Magistrate Judge's Report and Recommendation (hereinafter "Report") (Doc. 67).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice the parties would waive further appeal if they failed to file objections to the Report in a timely manner. See *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). To date, no objections to the Report were filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. §636, the Court finds no error in the Report. Accordingly, the Report (Doc. 67) is hereby **ADOPTED.** Plaintiff is hereby awarded damages against Defendants William Miller, Zippybross, Inc. dba

Milestone Financial, William D. Howard and WDH Investments, LLC.[1] in the amount of $185,501.65.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes the Report indicates the damages award would apply to Defendants William D. Howard (hereinafter "Howard") and WDH Investments, LLC (hereinafter "WDH") in the event that defaults are eventually entered against them. The Court enters judgment against Defendants Howard and WDH in this Order in the amount of $185,501.65 as default judgment was entered against Defendants Howard and WDH on December 28, 2004 (Doc. 43).

2