UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TRACEY BURNAM, | : |
| Plaintiff | : |
| | : CASE NO. C-1-03-852 |
| -vs- | : |
| WILLIAM D. HOWARD et al., | : MICHAEL WATSON, District Judge |
| Defendants. | : |

### ORDER OF FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54(b), the Court finds as follows: (1) the present case involves multiple Defendants; (2) the Order Adopting Magistrate Judge's Report and Recommendation determined all the rights and liabilities of Defendants, William Miller, Zippybross, Inc. d/b/a Milestone Financial, William Howard, and WDH Investments, LLC; and (3) there is no just cause for delay on the issue of entering a final judgment. Plaintiff Tracey Burnam is hereby awarded a final judgment against Defendants William Miller, Zippybross, Inc. d/b/a Milestone Financial, William Howard, and WDH Investments, LLC in the amount of $185,501.65.

IT IS SO ORDERED

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT